

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, New York 11747

Kimberly N. Dobson
Shareholder
631.247.4734 direct
631.247.4700 main
631.794.2744 fax
kdobson@littler.com

November 26, 2025

**Request GRANTED.  Defendants' deadline to answer or otherwise respond to the complaint is extended to December 15, 2025.**

**SO ORDERED.**

Dated: November 28, 2025
New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Siva J. Rajendran v. BOLD Valuable Technology N.A., Inc. et al.*
        Civil Action No. 1:25-cv-9767 (JLR)

Dear Judge Rochon:

We represent all named Defendants in the above-referenced action.  We write to respectfully request an extension of time to answer, move against, or otherwise respond to the Complaint, ECF No. 3-1, from December 1, 2025 to December 15, 2025.  This is Defendants' first request for an extension of time to respond to the Complaint.  Due to the Thanksgiving holiday, we need additional time to investigate the allegations and prepare a response.  We have tried to contact Plaintiff to obtain his consent to this request, but we were unable to reach him.  This request does not impact any other deadlines in this case as our responsive deadline would occur before the Initial Conference scheduled for December 18, 2025.

Thank you for your courtesy and consideration of this request.

Respectfully Submitted,

*/s/ Kimberly N. Dobson*

Kimberly N. Dobson
Steven E. Smith


Cc: Plaintiff *pro se* Siva J. Rajendran (via email)