UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIVA J. RAJENDRAN,

                         Plaintiff,

          -against-

BOLD VALUABLE TECHNOLOGY NORTH
AMERICA INC., BOLD VALUABLE
TECHNOLOGY SPAIN S.L., and BERNAT
CARRERAS PLANELLA,

                         Defendants.

Case No. 1:25-cv-09767 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court understands that Plaintiff is proceeding *pro se* and has asserted their right to service by mail for this matter.  Dkt. 10.  To ensure that the Court is able to serve all orders promptly, Plaintiff is hereby ORDERED to inform the Court of any change in Plaintiff's address or electronic contact information over the course of the proceedings.

Plaintiff may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery.  Plaintiff may also ask the court for permission to file documents electronically.  Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the District's website, nysd.uscourts.gov/forms.

If the Court receives notice from the United States Postal Service that an order has been returned to the Court, or otherwise receives information that the address of record for a *pro se* plaintiff is no longer valid, the Court may issue an Order to Show Cause why the case should not

be dismissed without prejudice for failure to comply with this order.  Such order will be sent to the Plaintiff's last known address and will also be viewable on the Court's electronic docket.

The Clerk of Court is respectfully directed to mail this order to Plaintiff at 1412 Broadway, Suite 21V, 21st Fl. (C/O Workville), New York, NY 10018.

Dated: December 4, 2025
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2