UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIVA J. RAJENDRAN,

                Plaintiff,

-against-

BOLD VALUABLE TECHNOLOGY
NORTH AMERICA, INC., BOLD
VALUABLE TECHNOLOGY SPAIN S.L.,
and BERNAT CARRERAS PLANELLA,

                Defendants.

Case No. 1:25-cv-09767 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court and the parties agree that this matter would benefit from an early settlement conference. *See* Dkt. 28 at 3. To that end, by separate Order entered today, **the Court is referring this case to the assigned Magistrate Judge for settlement purposes and for general pretrial supervision**. Unless the Court orders otherwise, **no later than one week after an answer is filed**, the parties shall contact the Chambers of the assigned Magistrate Judge to schedule a settlement conference to take place by **March 31, 2026**.

The parties' Initial Pretrial Conference scheduled for January 5, 2026 is adjourned *sine die* and further pretrial case management, including a rescheduled Initial Pretrial Conference, shall proceed before the Magistrate Judge.

Dated: December 18, 2025
      New York, New York

                        SO ORDERED.

                        JENNIFER L. ROCHON
                        United States District Judge