UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIVA J. RAJENDRAN, | |
| Plaintiff, | |
| -against- | Case No. 1:25-cv-09767 (JLR) |
| BOLD VALUABLE TECHNOLOGY NORTH AMERICA INC., BOLD VALUABLE TECHNOLOGY SPAIN S.L., BERNAT CARRERAS PLANELLA, | **ORDER** |
| Defendants. | |

JENNIFER L. ROCHON, United States District Judge:

In light of the continued settlement conference that Magistrate Judge Moses has scheduled for May 6, 2026, Dkt. 47, the Court shall extend the parties' deadline to reopen the action from April 21, 2026, to **June 5, 2026**; any application to reopen filed thereafter may be denied solely on that basis.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 44 and 46.

Dated:  April 21, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge