UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIVA J. RAJENDRAN,

        Plaintiff,

     -against-

BOLD VALUABLE TECHNOLOGY
NORTH AMERICA, INC., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/06/26

25-CV-9767 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during the continued settlement conference held today over Zoom, the parties must submit a joint confidential letter to chambers via email (at Moses_nysdchambers@nysd.uscourts.gov), no later than **May 15, 2026**, providing an update as to the status of settlement.

Dated: New York, New York
      May 6, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**